UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
2013 JUL 15  A 9:56

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

July 15, 2013

C.A. No. 16J-2011-00224

CA 13- 521 S

**PRO SET**

Rogerio S. Tavares
51 Hershel Street
Providence, RI 02909

          Plaintiff,

V.

ENTERPRISE RENT-A-CAR COMPANY of Rhode Island
333 Niantic Avenue
Cranston, RI 02907

          Defendant,

## COMPLAINT

Plaintiff, Rogerio S. Tavares, files this statement of disagreement to compensate for impairments suffered as the effect brought about Employment discrimination inflicted by ENTRPRISE RENT-A-CAR of Rhode Island.

## PARTIES

Rogerio S. Tavares

ENTERPRISE RENT-A-CAR COMPANY of RI

## ALLEGATIONS

I, Rogerio S. Tavares have worked as a vehicle transport for ENTERPRISE RENT-A-CAR COMPANY for approximately three years and seven months. During the process that began when I filed my complaint to the Commission ended up resulting to me being suspended. And then was followed up by wrong termination due to an incident that took place on November 3, 2011 and that led to my injury during working hours. In addition to my injury, I am still receiving treatment. Considering

obtaining a new employment to help support my family, the injury got more intensive followed by further harm to myself. After several testing and evaluations by different doctors, the workers compensation court and the employer has requested that I be referred to the Donley Rehabilitation center (Dept. of Labor and Training) for additional therapy on 06/12/2013. On 07/11/2013, I was discharged due to increasing chronic pain that is becoming more unbearable and was recommend (Dr. Fowler) that I should refrain from any professional environment regarding my circumstances.

Sincerely,

*Rogerio S. Tavares*

Rogerio S. Tavares
51 Herschel St
Providence, RI 02909

contact # 401-559-5742
401-641-1545