UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                    )
ROGERIO S. TAVARES,                 )
                                    )
        Plaintiff,                  )
                                    )
        v.                          )   C.A. No. 13-521 S
                                    )
ENTERPRISE RENT-A-CAR COMPANY OF    )
RHODE ISLAND,                       )
                                    )
        Defendant.                  )
_____)

## ORDER

On July 15, 2013, Plaintiff Rogerio Tavares filed a pro se complaint against Enterprise Rent-A-Car Company of Rhode Island, containing vague allegations of employment discrimination. (ECF No. 1.)  Also on July 15, Plaintiff filed a motion for leave to proceed in forma pauperis.  (ECF No. 2.)  Magistrate Judge Lincoln D. Almond issued a Report and Recommendation, recommending that this Court deny Plaintiff's motion and dismiss Plaintiff's complaint without prejudice sua sponte pursuant to 28 U.S.C. § 1915(e)(2)(B).  (ECF No. 3.)

Subsequent to Judge Almond's Report and Recommendation, Plaintiff filed an amended complaint (ECF No. 4) and paid the filing fee.  Thus, the amended complaint is now the operative pleading, and Judge Almond's holding with respect to the initial complaint is moot.  With respect to Plaintiff's motion to

proceed in forma pauperis, this Court agrees with the analysis outlined in Judge Almond's Report and Recommendation, to which Plaintiff has failed to object.  Accordingly, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

*/s/ William E. Smith*
William E. Smith
United States District Judge
Date:  September 12, 2013